1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,        )   Case No: SA MJ 17-00421 DFM
                                      )
12                     Plaintiff,     )
                                      )
13            v.                      )   JUDGMENT AND COMMITMENT
                                      )   ORDER FOLLOWING REVOCATION
14   BOGART BURRICK,                  )   OF PROBATION
                                      )
15                     Defendant,     )
                                      )
16   _____ )

17

18        On September 28, 2018, the matter came on regularly for hearing for hearing

19   on the Petition for Revocation of Probation filed on August 31, 2018.   Appearing

20   on behalf of the Defendant was Andrea Jacobs, DFPD, and appearing on behalf of

21   the Government was Assistant United State Attorney Gina Kong.

22        The defendant, after having been advised of the allegations as contained in

23   the Petition, admitted to the truthfulness of Allegations 1, 2, and 3.  The Court

24   grants Government's request that Allegations 4 - 11 be dismissed.

25        Whereas, the defendant admitted he violated the conditions of his probation

26   as set forth in the Judgment filed on September 22, 2017, in the Eastern District of

27   North Carolina (Western Division).  The Court finds the defendant in violation of

28   his Probation.

IT IS ADJUDGED, upon the findings of the Court, the period of probation is revoked, and the defendant is committed to the custody of the Bureau of Prisons to be imprisoned for a term of thirty (30) days. Upon release from imprisonment, supervised release will be terminated.

IT IS ORDERED that the defendant surrender himself to the institution designated by the Bureau of Prisons on or before 12 noon, on October 5, 2018. In the absence of such designation, the defendant shall report on or before the same date and time to the United States Marshal located at the United States Courthouse, 411 West Fourth Street, Suite 4170, Santa Ana, California 92701-4516.

The Court recommends defendant be allowed to serve his thirty (30) days as part of a weekend jail program.

IT IS ORDERED that the Clerk deliver a copy of this judgment and Probation/Commitment Order to the U.S. Marshal and the U.S. Probation Office.

**IT IS SO ORDERED**

DATED: October 1, 2018

_____
DOUGLAS F. McCORMICK
United States Magistrate Judge

FILED: October 2, 2018

KIRY GRAY, CLERK

by:     N. Boehme

Nancy Boehme
Deputy Clerk