AMENDED AS TO DATE OF REVOCATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No: SA MJ 17-00421 DFM |
| Plaintiff, ) | |
| v. ) | **AMENDED** JUDGMENT AND COMMITMENT ORDER FOLLOWING REVOCATION OF PROBATION |
| BOGART BURRICK, ) | |
| Defendant, ) | |

On September 27, 2018, the matter came on regularly for hearing for hearing on the Petition for Revocation of Probation filed on August 31, 2018. Appearing on behalf of the Defendant was Andrea Jacobs, DFPD, and appearing on behalf of the Government was Assistant United State Attorney Gina Kong.

The defendant, after having been advised of the allegations as contained in the Petition, admitted to the truthfulness of Allegations 1, 2, and 3. The Court grants Government's request that Allegations 4 - 11 be dismissed.

Whereas, the defendant admitted he violated the conditions of his probation as set forth in the Judgment filed on September 22, 2017, in the Eastern District of North Carolina (Western Division). The Court finds the defendant in violation of his Probation.

IT IS ADJUDGED, upon the findings of the Court, the period of probation is revoked, and the defendant is committed to the custody of the Bureau of Prisons to be imprisoned for a term of thirty (30) days. Upon release from imprisonment, supervised release will be terminated.

IT IS ORDERED that the defendant surrender himself to the institution designated by the Bureau of Prisons on or before 12 noon, on October 5, 2018. In the absence of such designation, the defendant shall report on or before the same date and time to the United States Marshal located at the United States Courthouse, 411 West Fourth Street, Suite 4170, Santa Ana, California 92701-4516.

The Court recommends defendant be allowed to serve his thirty (30) days as part of a weekend jail program.

IT IS ORDERED that the Clerk deliver a copy of this judgment and Probation/Commitment Order to the U.S. Marshal and the U.S. Probation Office.

**IT IS SO ORDERED**

DATED: October 3, 2018

_____
DOUGLAS F. McCORMICK
United States Magistrate Judge

FILED: October 3, 2018

KIRY GRAY, CLERK

by:   _N. Boehme_

    Nancy Boehme
    Deputy Clerk